## VAN HUIS, *Petitioner,*
*v.*
## EMPLOYMENT DIVISION et al, *Respondents.*
### (No. 75-AB-44, CA 5862)
550 P2d 448

*Mark A. Hardin,* Legal Aid Service, Multnomah Bar Association, Inc., Portland, argued the cause for petitioner.

*Rhidian M. M. Morgan* argued the cause for respondent Employment Division.

*Bruce E. Speidel* argued the cause for respondent Sisters of Providence in Oregon.

Before Schwab, Chief Judge, and Fort and Thornton, Judges.

PER CURIAM.

Affirmed. *Wright v. Employment Division,* 24 Or App 323, 545 P2d 613 (1976).